UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 07255
   WALTER G FISHER
   SUSAN LYNN FISHER                       CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9761     SSN XXX-XX-2075
```

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/20/2006 and was confirmed 08/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 03/07/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS I | CURRENT MORTG | 37361.39 | .00 | 37361.39 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 4212.29 | .00 | 4212.29 |
| HOUSEHOLD FINANCE CORPOR | SECURED | 2400.00 | 244.69 | 2400.00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 9994.35 | .00 | 9994.35 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5436.48 | .00 | 5436.48 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 875.10 | .00 | 875.10 |
| CLEAR COMPLEXIONS LTD | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 273.46 | .00 | 273.46 |
| ROUNDUP FUNDING LLC | UNSECURED | 2762.22 | .00 | 2762.22 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 349.31 | .00 | 349.31 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 934.48 | .00 | 934.48 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SHELL CITICARD | UNSECURED | NOT FILED | .00 | .00 |
| THE SWISS COLONY | UNSECURED | 223.96 | .00 | 223.96 |
| LVNV FUNDING LLC | UNSECURED | 5888.54 | .00 | 5888.54 |
| CAPITAL ONE | UNSECURED | 1610.10 | .00 | 1610.10 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 180.16 | .00 | 180.16 |
| CAPITAL ONE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOUSEHOLD FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT&T BROADBAND | NOTICE ONLY | NOT FILED | .00 | .00 |
| NCO FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| GE MONEY BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| LVNV FUNDING | NOTICE ONLY | NOT FILED | .00 | .00 |

```
PHILLIPS & COHEN ASSOC     NOTICE ONLY    NOT FILED              .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY    1,500.00                         1,500.00
TOM VAUGHN                 TRUSTEE                                         5,216.56
DEBTOR REFUND              REFUND                                         10,070.20
```

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 89,533.29

PRIORITY                                           .00
SECURED                                      43,973.68
     INTEREST                                   244.69
UNSECURED                                    28,528.16
ADMINISTRATIVE                                1,500.00
TRUSTEE COMPENSATION                          5,216.56
DEBTOR REFUND                                10,070.20
                        ---------------     ---------------
TOTALS                  89,533.29            89,533.29

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/26/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE